IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: MORTON, James L )
) Case No. 09-13454-BH
) Chapter 7

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 8-1 | 114 | American Express Centurion Bank<br>PO Box 3001<br>Malvern, PA 19355-0701 | $1.99 |
| 9-1 | 114 | American Express Centurion Bank<br>PO Box 3001<br>Malvern, PA 19355-0701 | $1.29 |
|  | TOTAL | $3.28 |  |

DATED: December 7, 2009

s/Robert D Garrett
Robert D. Garrett, Trustee
PO Box 32427
Oklahoma City, OK 73123-0627
405-722-4335